**07 CV 5842**

FREEHILL HOGAN AND MAHAR, LLP
80 Pine Street
New York, NY 10005
(212) 425-1900
Patrick J. Bonner (PB3352)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

James F. Simermeyer and James F. Simermeyer II,

    Plaintiffs

 -against-

AeroSur USA,

    Defendant

------------------------------------------------------------------x

JUN 2 0 2007
U.S.D.C. S.D.N.Y.
CASHIERS

07 Civ. _____

**DEFENDANT'S**
**DISCLOSURE STATEMENT**

  Pursuant to Fed. R. Civ. P. 7.1, defendant AeroSur USA, Inc., by counsel, states that it does not have any parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated: June 20, 2007
    New York, New York

        Respectfully submitted,
        FREEHILL HOGAN AND MAHAR, LLP
        Attorneys for Defendant AeroSur USA, Inc.

    By: _____
      Patrick J. Bonner
      80 Pine Street
      New York, NY 10005
      (212) 425-1900
      (212) 425-1901 fax
      bonner@freehill.com

NYDOCS1/285538.1

Of Counsel:

Kenneth S. Nankin
Nankin & Verma PLLC
888 Seventeenth Street, NW, Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 fax
ksn@nankin.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20 day of June, 2007, I served the foregoing Defendant's Disclosure Statement on plaintiffs by delivering a copy thereof by first class U.S. mail, postage prepaid, to counsel for plaintiffs at the following address:

> James F. Simermeyer, Esq.
> 27 Union Square West
> Suite 501
> New York, NY  10003

_____
Patrick J. Bonner