FREEHILL HOGAN AND MAHAR, LLP
80 Pine Street
New York, NY 10005
(212) 425-1900
Patrick J. Bonner (PB3352)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

James F. Simermeyer and James F. Simermeyer II,

          Plaintiffs

   -against-

AeroSur USA,

          Defendant

-----------------------------------------------------------------x

07 Civ. _____

**DEFENDANT'S NOTICE
OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that defendant AeroSur USA, Inc., by counsel, upon the accompanying Memorandum of Law and the full record in this action, will move this Court, at a time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing plaintiffs' Verified Complaint for failure to state a claim upon which relief can be granted and for such other and further relief as the Court may deem just and proper.

Dated: June 20, 2007
       New York, New York

                            Respectfully submitted,
                            FREEHILL HOGAN AND MAHAR, LLP
                            Attorneys for Defendant AeroSur USA, Inc.

                    By: _____
                        Patrick J. Bonner
                        80 Pine Street
                        New York, NY 10005
                        (212) 425-1900
                        (212) 425-1901 fax

NYDOCS1/285533.1

                    (212) 425-1901 fax
                    bonner@freehill.com
                    N.Y. Bar No. 1316132

Of Counsel:

Kenneth S. Nankin
Nankin & Verma PLLC
888 Seventeenth Street, NW, Suite 700
Washington, DC 20006
(202) 463-4911
(202) 463-6177 fax
ksn@nankin.com

2