## CERTIFICATE OF SERVICE

I hereby certify that on this 20 day of June, 2007, I served the foregoing Defendant's Notice of Motion to Dismiss on plaintiffs by delivering a copy thereof by first class U.S. mail, postage prepaid, to counsel for plaintiffs at the following address:

>James F. Simermeyer, Esq.
>27 Union Square West
>Suite 501
>New York, NY  10003

_____
Patrick J. Bonner

## CERTIFICATE OF SERVICE

I hereby certify that on this 20 day of June, 2007, I served the foregoing Defendant's Memorandum of Law in Support of Its Motion to Dismiss on plaintiffs by delivering a copy thereof by first class U.S. mail, postage prepaid, to counsel for plaintiffs at the following address:

>James F. Simermeyer, Esq.
>27 Union Square West
>Suite 501
>New York, NY  10003

_____
Patrick J. Bonner

NYDOCS1/285534.1