## CERTIFICATE OF SERVICE

I hereby certify that on this $20$ day of June, 2007, I served the foregoing

Defendant's Notice of Removal on plaintiffs by delivering a copy thereof by first class U.S.

mail, postage prepaid, to counsel for plaintiffs at the following address:

        James F. Simermeyer, Esq.
        27 Union Square West
        Suite 501
        New York, NY  10003

        Patrick J. Bonner