UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
JAMES F. SIMERMEYER and JAMES :
F. SIMERMEYER II,
               Plaintiffs,   :

                          :

    -v-                  :

                          :

AEROSUR USA,
                          :

              Defendant.   :
-----------------------------------x

07 Civ. 5842 (LAP)

ORDER

LORETTA A. PRESKA, U.S.D.J.

    Parties shall confer and inform the Court of the
status of this case by December 17, 2007.


SO ORDERED:

Dated:    New York, New York
          December 12, 2007


                                        Loretta A. Presky
                              LORETTA A. PRESKA, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07