UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------H
JAMES F SIMERMEYER and JAMES F SIMERMEYER II,
              Plaintiffs,

07 CIVIL 5842 (LAP)

-against-

**JUDGMENT**

AEROSUR USA,
              Defendant.
-----------------------------------------------------------------X

Defendants having moved to dismiss, and the matter having come before the Honorable Loretta A Preska, United States District Judge, and the Court, on Jan 13, 2007, having rendered its Order granting defendant's motion to dismiss without prejudice, and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Jan 13, 2008, defendant's motion to dismiss is granted without prejudice, and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
       Jan 13, 2008

BY:
Clerk of Court
Deputy Clerk

THIS JUDGMENT WAS ENTERED
ON THE DOCKET ON _____